IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

                                                                                               Cr. No. 20-20073-JTF

NOLAN JACKSON

       Defendant,

**DEFENDANT'S UNOPPOSED MOTION TO HOLD
DEFENDANT'S SUPPRESSION HEARING IN ABEYANCE**

COMES NOW the Defendant, Nolan Jackson, and moves this Honorable Court to hold Defendant's suppression hearing in abeyance and in support thereof would respectfully state unto the Court as follows:

Mr. Jackson submitted Defendant's Motion to Suppress and Incorporated Memorandum of Law on March 1, 2021. (D.E. 35). Subsequently, defense has engaged in negotiations and discussions with the government that can potentially impact the outcome of the case. Therefore, counsel respectfully requests that Mr. Jackson's suppression hearing be held in abeyance for at least two weeks to see if the parties can reach a resolution.

The Assistant United States Attorney assigned to this case, Mr. David Biggers, states he has no objection to this motion.

**WHEREFORE, PREMISES CONSIDERED**, defendant prays this Honorable Court grant this motion and hold the suppression hearing in abeyance in this matter.

Respectfully submitted,

s/ Serena R. Gray
Assistant Federal Defender
200 Jefferson Ave., Suite 200
Memphis, TN 38103
(901) 544-3895

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was forwarded by electronic means via the Court's electronic filing system to Mr. David Biggers, Assistant United States Attorney, 167 North Main, Suite 800, Memphis, Tennessee 38103;

This the 12th day of March 2021.

s/ Serena R. Gray
Assistant Federal Defender